UNITED STATES DISTRICT COURT

| EASTERN | District of | CALIFORNIA |
| --- | --- | --- |

STEVEN L.  MAXWELL,
        Plaintiff

      V.

COMMISSIONER of SOCIAL SECURITY,
       Defendant

**ORDER ON APPLICATION
TO PROCEED WITHOUT
PREPAYMENT OF FEES**

CASE      1:11-AT-00560

Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

<u>X</u>  GRANTED.

    <u>X</u>  The clerk is directed to file the complaint.

    <u>X</u>  IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a
    copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff.  All
    costs of service shall be advanced by the United States.

☐  DENIED, for the following reasons:

_____

_____

ENTER this    7th    day of       September      ,   2011  .

_____
/s/ Sandra M. Snyder
Signature of Judicial Officer

SANDRA M. SNYDER, U.S. MAGISTRATE JUDGE
Name and Title of Judicial Officer