AO 240A  (Rev. 1/94)

UNITED STATES DISTRICT COURT

    EASTERN     **District of**     CALIFORNIA

| | |
|---|---|
| STEVEN L. MAXWELL,<br>    Plaintiff<br><br>    V.<br><br>COMMISSIONER of SOCIAL SECURITY,<br>    Defendant | **ORDER ON APPLICATION<br>TO PROCEED WITHOUT<br>PREPAYMENT OF FEES**<br><br>CASE    1:11-AT-00560 |

Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

X  GRANTED.

    X  The clerk is directed to file the complaint.

    X  IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐  DENIED, for the following reasons:

ENTER this    7th    day of    September   ,   2011  .


                             /s/ Sandra M. Snyder
                            Signature of Judicial Officer

            SANDRA M. SNYDER, U.S. MAGISTRATE JUDGE
                    Name and Title of Judicial Officer