1  BENJAMIN B. WAGNER
   United States Attorney
2  DONNA L. CALVERT
   Acting Regional Chief Counsel, Region IX
3  Social Security Administration
   SHEA LITA BOND, SBN D.C. 469103
4  Special Assistant United States Attorney

5      160 Spear Street, Suite 800
       San Francisco, California 94105
6      Telephone:  (415) 977-8934
       Facsimile: (415) 744-0134
7      E-Mail:  shea.bond@ssa.gov

8  Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | |
|---|---|
| STEVEN L. MAXWELL,<br><br>    Petitioner,<br><br>      v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO. 1:11-cv-01509-GSA<br><br>**STIPULATION AND ORDER** |

    The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have an extension of time to respond to Plaintiff's Opening Brief. The current due date for the Commissioner's responsive brief is May 16, 2012.  The extension is needed because the undersigned is mentoring a new attorney at the agency on this case, and the case was only recently reassigned. The new due date will be June 15, 2012.

    The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

- 1 - RESPONSIVE BRIEF

Respectfully submitted,

Dated: May 16, 2012        */s/ Steven Rosales*_____
                          (As authorized via email)
                          STEVEN ROSALES
                          Attorney for Plaintiff


Dated: May 15, 2012        BENJAMIN B. WAGNER
                          United States Attorney
                          DONNA L. CALVERT
                          Acting Regional Chief Counsel, Region IX
                          Social Security Administration

                          /s/ *Shea Lita Bond*_____
                          SHEA LITA BOND
                          Special Assistant U.S. Attorney

                          Attorneys for Defendant

Of Counsel:
MATTHEW J. WEINBERG
Assistant Regional Counsel, SBN C.A. 275728
Social Security Administration

<u>ORDER</u>

IT IS SO ORDERED.

   Dated:   **May 17, 2012**              **/s/ Gary S. Austin**
                                    UNITED STATES MAGISTRATE JUDGE