1  BENJAMIN B. WAGNER
   United States Attorney
2  DONNA L. CALVERT
   Acting Regional Chief Counsel, Region IX
3  Social Security Administration
   SHEA LITA BOND, SBN D.C. 469103
4  Special Assistant United States Attorney

5       160 Spear Street, Suite 800
        San Francisco, California 94105
6       Telephone:  (415) 977-8934
        Facsimile: (415) 744-0134
7       E-Mail:  shea.bond@ssa.gov

8  Attorneys for Defendant

9

10                    UNITED STATES DISTRICT COURT

11                    EASTERN DISTRICT OF CALIFORNIA

12                          **FRESNO DIVISION**

13

14  STEVEN L. MAXWELL,                 CIVIL NO. 1:11-cv-01509-GSA

15       Petitioner,

16            v.                       **STIPULATION AND ORDER**

17  MICHAEL J. ASTRUE,
    Commissioner of
18  Social Security,

19       Defendant.

20

21      The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the

22  attached Order, that Defendant shall have an extension of time to respond to Plaintiff's Opening Brief.

23  The current due date for the Commissioner's responsive brief is May 16, 2012.  The extension is needed

24  because the undersigned is mentoring a new attorney at the agency on this case, and the case was only

25  recently reassigned. The new due date will be June 15, 2012.

26        The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

27

28

- 1 - RESPONSIVE BRIEF

Respectfully submitted,

Dated: May 16, 2012                            */s/ Steven Rosales*_____
                                                                                  (As authorized via email)
                                                                                  STEVEN ROSALES
                                                                                  Attorney for Plaintiff


Dated: May 15, 2012                            BENJAMIN B. WAGNER
                                                                                   United States Attorney
                                                                                   DONNA L. CALVERT
                                                                                   Acting Regional Chief Counsel, Region IX
                                                                                  Social Security Administration

                                                                                 /s/ *Shea Lita Bond*_____
                                                                                 SHEA LITA BOND
                                                                                 Special Assistant U.S. Attorney

                                                                                 Attorneys for Defendant

Of Counsel:
MATTHEW J. WEINBERG
Assistant Regional Counsel, SBN C.A. 275728
Social Security Administration




<u>ORDER</u>



IT IS SO ORDERED.

   Dated:   **May 17, 2012**                            **/s/ Gary S. Austin**
                                                                                   UNITED STATES MAGISTRATE JUDGE