# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN L. MAXWELL,<br><br>        Plaintiff,<br><br>   vs.<br><br>MICHAEL J. ASTRUE,<br><br>        Defendant. | )  **Old Case Number:  1:11cv1509 DLB**<br>)  **New Case Number: 1:11cv1509 SMS**<br>)<br>)  ORDER DISQUALIFYING<br>)  MAGISTRATE JUDGE<br>)<br>)<br>)<br>) |

      Good cause appearing, the undersigned disqualifies himself from all proceedings of the present action. The Clerk of the Court has reassigned this action to the docket of a different Magistrate Judge. The new case number shall be **1:11cv1509 SMS**. All future pleadings shall be so numbered. Failure to use the correct case number may result in delay in your documents being received by the correct judicial officer.

IT IS SO ORDERED.

    Dated:  **September 4, 2012**                              /s/ *Dennis L. Beck*
                                                                             UNITED STATES MAGISTRATE JUDGE